# United States District Court
## Violation Notice
(Rev. 1/2020)

Case 8:26-po-00503-GLS   Document 1   Filed 02/02/26   Page 1 of 1

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD39 | E 2457755 | Weimer | 1673 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 6/25/25 1005 | 45 CFR 3.3 |

Place of Offense: NIH 10H Lot

Offense Description: Factual Basis for Charge — HAZMAT ☐

Failure to obey official sign Carpool only

### DEFENDANT INFORMATION

Last Name: Hsin-Pin
First Name: Lin

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 3EY1899 | MO | 15 | Toy/Pris | | Red |

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50    Forfeiture Amount
     + $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 80    Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/26/2025 16:38
CVB SCAN 08/26/2025 16:38